IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   14-cr-00189-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**    **LEAH BENNETT,**

    Defendant.

---

### INDICTMENT
**Obtaining a Controlled Substance by Fraud**
**(21 U.S.C. Section 843(a)(3) and (d)(1))**
and
**Aiding and Abetting**
**(18 U.S.C. Section 2)**

---

The Grand Jury charges that:

### COUNT ONE through EIGHT
**21 U.S.C. §§ 843(a)(3) and (d)(1)**
**(Obtaining a Controlled Substance by Fraud)**

On or about March 11, 2013, within the State and District of Colorado, the defendant,

**1.  LEAH BENNETT,**

knowingly obtained the Controlled Substances set forth below, by misrepresentations, fraud and deception, each of which constitutes a separate count of this Indictment:

| COUNT | Date | Pharmacy (Initials) | Patient (Initials) | Controlled Substance/Substance Containing a Detectable Amount of Controlled Substance | Schedule |
|---|---|---|---|---|---|
| 1 | 3/11/2013 | E.P.M.C. | EM | (2) Meperdine 50 Mg 1 Ml Syringes | II |
| 2 | 3/11/2013 | E.P.M.C. | EM | (2) Meperdine 50 Mg 1 Ml Syringes | II |
| 3 | 3/11/2013 | E.P.M.C. | EM | Hydromorphone 2Mg 1Ml Syringe | II |
| 4 | 3/11/2013 | E.P.M.C. | EM | (2) Meperdine 50 Mg 1 Ml Syringes | II |
| 5 | 3/11/2013 | E.P.M.C. | EM | Hydromorphone 2Mg 1Ml Syringe | II |
| 6 | 3/11/2013 | E.P.M.C. | EM | (2) Meperdine 50 Mg 1 Ml Syringes | II |
| 7 | 3/11/2013 | E.P.M.C. | EM | (2) Meperdine 50 Mg 1 Ml Syringes | II |
| 8 | 3/11/2013 | E.P.M.C. | EM | (2) Meperdine 50 Mg 1 Ml Syringes | II |

All in violation of Title 21, United States Code, Sections 843(a)(3) and (d)(1); and Title 18, United States Code, Section 2.

A TRUE BILL:

Ink signature on file in Clerk's Office
GRAND JURY FOREPERSON

JOHN F. WALSH
United States Attorney

*s/ Jaime Pena*
By: JAIME A. PENA
Assistant U.S. Attorney
United States Attorney's Office
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202
303-454-0100
FAX 303-454-0409