DEFENDANT:       Leah Bennett

YEAR OF BIRTH:   1985

ADDRESS:         Ward, CO

COMPLAINT FILED?   _____ YES   ___X___ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __ YES   X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:   COUNTS ONE through EIGHT: Title 21, United States Code, Sections 843(a)(3) and (d)(1), Obtaining a Controlled Substance by Fraud; and Title 18, United States Code, Section 2, Aiding and Abetting same.

LOCATION OF OFFENSE (COUNTY/STATE): Larimer County, Colorado

PENALTY:   COUNTS ONE through EIGHT: NMT 4 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 Special assessment fee.

AGENT:   Christie Berg, Special Agent
U.S. Food and Drug Administration
Office of Criminal Investigations

AUTHORIZED BY:   Jaime Peña, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___X___ five days or less   _____ over five days   _____ other

THE GOVERNMENT

____ will seek detention in this case   ___X___ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____ Yes   ___X___ No

1